Wilmer J. Harris, SBN 150407
wharris@sshhlaw.com
**SCHONBRUN SEPLOW**
**HARRIS HOFFMAN & ZELDES, LLP**
715 Fremont Ave., Suite A
South Pasadena, CA. 91030
Telephone No.: (626) 441-4129
Facsimile No.: (626) 283-5770

[Additional Counsel on following page]

Attorneys for Plaintiff Randy Jacobs

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. RANDY JACOBS, and STATE OF CALIFORNIA ex rel. RANDY JACOBS<br><br>Relator,<br><br>v.<br><br>PACIFIC DERMATOLOGY INSTITUTE, INC. and BRADLEY MUDGE<br><br>Defendants. | Case No.: 5:20-cv-01906-JGB-SHK<br><br>**PROTECTIVE ORDER FOR HIPAA-PROTECTED INFORMATION**<br><br>District Judge: Hon. Jesus G. Bernal<br><br>Complaint filed: September 9, 2020<br>Trial Date: Not Set |

Mike Bothwell, *Admitted Pro Hac Vice*
Mike@whistleblowerlaw.com
**BOTHWELL LAW GROUP, P.C.**
304 Macy Drive
Roswell, GA 30076
Telephone No.: (770) 643-1606
Facsimile No.: (770) 643-1442

Attorney for Plaintiff Randy Jacobs

Matthew Donald Umhofer
**SPERTUS, LANDES & UMHOFER, LLP**
Matthew Donald Umhofer (SBN 206607)
M. Anthony Brown (SBN 243848)
Hans J. Allhoff (SBN 262532)
1990 South Bundy Dr., Suite 705
Los Angeles, CA 90025
Telephone: (310) 826-4700
Facsimile: (310) 826-4711
matthew@spertuslaw.com
tbrown@spertuslaw.com
hallhoff@spertuslaw.com

Attorneys for Defendants Pacific Dermatology Institute, Inc. and Dr. Bradley Mudge

# PROTECTIVE ORDER FOR HIPAA-PROTECTED INFORMATION

The Court issues this Protective Order to facilitate document disclosure and production under the Local Rules of this Court and the Federal Rules of Civil Procedure. Unless modified pursuant to the terms contained in this Order, this Order shall remain in effect through the conclusion of this litigation.

**In support of this Order, the Court finds that:**

Pursuant to 45 C.F.R. § 164.512(e) of the Privacy Regulations issued pursuant to the Health Insurance Portability and Accountability Act of 1996 (HIPAA), this Court authorizes any party or non-party who is provided with a discovery request or subpoena requesting the production of documents or commanding attendance at deposition or trial to disclose Protected Health Information in accordance with this Order. This Order is intended to authorize such disclosures.

Further, pursuant to 45 C.F.R. § 164.512(e)(1)(v), this Order is also a Qualified Protective Order and all parties and attorneys are hereby:

Prohibited from using or disclosing the protected health information for any purpose other than the instant litigation. Protected health information may be disclosed without further notice by any covered entity or healthcare provider, party, or parties' attorney, to the parties themselves, parties' attorneys, experts, consultants, any witness or other person retained or called by the parties, or other entities from whom damages, compensation, or indemnity is sought, court reporters, copy services, other similar vendors to the parties and their attorneys, as well as the professional and support staff of all of the above.

Required, within 30 days of the conclusion of this action, to either (a) destroy, or (b) return to the entity who originally produced it, all protected health information, including all copies made, provided, however, that said protected health information may be retained in the files of the entities listed in paragraph (A) above and destroyed pursuant to regular file retention policies so long as the protected health information is maintained in a secure environment.

Nothing in this Court Order shall be deemed to relieve any party, non-party, or attorney of the requirements of the Federal Rules of Civil Procedure, including but not limited to, the Rules relating to requests for production of documents, depositions, non-party subpoenas, and trial subpoenas.

SO ORDERED, the 16th day of December, 2022.

_____
JESUS G. BERNAL
U.S. DISTRICT JUDGE
CENTRAL DISTRICT OF CALIFORNIA

PROTECTIVE ORDER FOR HIPAA-PROTECTED INFORMATION

APPROVED AS TO FORM AND SUBSTANCE BY:

Mike Bothwell, *Admitted Pro Hac Vice*
Mike@whistleblowerlaw.com
**BOTHWELL LAW GROUP, P.C.**
304 Macy Drive
Roswell, GA 30076
Telephone No.: (770) 643-1606
Facsimile No.: (770) 643-1442

Wilmer J. Harris, SBN 150407
wharris@sshhlaw.com
**SCHONBRUN SEPLOW**
**HARRIS HOFFMAN & ZELDES, LLP**
715 Fremont Ave., Suite A
South Pasadena, CA. 91030
Telephone No.: (626) 441-4129
Facsimile No.: (626) 283-5770

Attorneys for Plaintiff Randy Jacobs

Matthew Donald Umhofer
**SPERTUS, LANDES & UMHOFER, LLP**
Matthew Donald Umhofer (SBN 206607)
M. Anthony Brown (SBN 243848)
Hans J. Allhoff (SBN 262532)
1990 South Bundy Dr., Suite 705
Los Angeles, CA 90025
Telephone: (310) 826-4700
Facsimile: (310) 826-4711
matthew@spertuslaw.com

Attorneys for Defendants Pacific Dermatology Institute, Inc. and Dr. Bradley Mudge

*PROTECTIVE ORDER FOR HIPAA-PROTECTED INFORMATION*

# EXHIBIT A

## AGREEMENT FOR ACCESS TO HIPAA-PROTECTED INFORMATION

I hereby acknowledge and affirm that I have read the terms and conditions of the Protective Order for HIPAA-Protected Information entered by the Court on _____ in *United States of America ex rel. Randy Jacobs v. Pacific Dermatology Institute, Inc., et al.*, Civ. No. 5:20-cv-01906-JGB-SHK (C.D. Ca.). I understand the terms of the Protective Order and consent to be bound by the terms of said Protective Order as a condition to being provided access to HIPAA-protected Information furnished in this matter.

Dated: _____

_____
**Signature**

_____
**Name**

_____
**Firm**

_____
**Address**

_____
**Telephone Number**